PROB 12B
(6/21)

# United States District Court
## for
## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Individual Under Supervision
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Individual Under Supervision: Daniel Passafiume        Cr.: 21-00196-001
       PACTS #: 7306171

Name of Sentencing Judicial Officer:    THE HONORABLE MICHAEL A. SHIPP
       UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 06/13/2022

Original Offense:    Count One: Conspiracy to Commit Health Care Fraud - 18 U.S.C. § 1349

Original Sentence: 9 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment, Restitution - Money, Alcohol Restrictions, Alcohol Treatment, Drug Treatment, Substance Abuse Testing, Financial Disclosure, Location Monitoring Program, Mental Health Treatment, No New Debt/Credit, Support Dependents, Forfeiture, Other Condition

Type of Supervision: Supervised Release        Date Supervision Commenced: 02/21/2023

## PETITIONING THE COURT

☐    To extend the term of supervision for _____ years, for a total term of _____ years.

☑    To modify the conditions of supervision as follows:

     **LOCATION MONITORING PROGRAM**

     The Location Monitoring component of home incarceration is modified to home detention. You will be restricted to your residence at all times except for employment, education, religious services, medical, substance abuse and mental health treatment, court ordered obligations, and any other such times specifically authorized by the U.S. Probation Office.

## CAUSE

Modifying the Location Monitoring component from home incarceration to home detention will allow Mr. Passafiume the ability to work and will give our office more discretion when approving leave requests. Currently under home incarceration, Mr. Passafiume is only allowed to leave his residence for medical and treatment related reasons.

Prob 12B – page 2
Daniel Passafiume

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Andrew E. Senatore*

By: ANDREW E. SENATORE
Senior U.S. Probation Officer

/ as

APPROVED:

*Kevin M. Villa*   2/24/2023

_____
KEVIN M. VILLA                Date
Supervising U.S. Probation Officer

THE COURT ORDERS:

☐ The Extension of Supervision as Noted Above

☐ The Modification of Conditions as Noted Above (as recommended by the Probation Office)

☑ The Request to Modify Conditions of Supervision is **DENIED**.

☐ Other

_____
Signature of Judicial Officer

_____
February 28, 2023
Date